FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

'07 JUL 25 P12:37

CLERK U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 07-10136-01-MLB |
| ) | |
| BOBBY W. SEIGLER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 8, 2006, in the district of Kansas, the defendant herein,

**BOBBY W. SEIGLER,**

then having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Sears Roebuck, Ted Williams/Winchester Model 1200 12 gauge shotgun, Serial Number P308401, which had been shipped or transported in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1).

## COUNT 2

On or about April 8, 2006, in the district of Kansas, the defendant herein,

**BOBBY W. SEIGLER,**

then having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, to wit: four (4) Remington and one (1) PMC 12 gauge shotgun shell cartridges, which had been shipped or transported in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1).

## COUNT 3

On or about April 8, 2006, in the district of Kansas, the defendant herein,

**BOBBY W. SEIGLER,**

knowingly received and possessed a firearm, to wit: a Sears Roebuck, Ted Williams/ Winchester Model 1200 12 gauge shotgun, modified to have a barrel fourteen (14) inches in length and an overall length of thirty-five (35) inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, §§ 5841, 5845, 5861(d), and 5871.

A TRUE BILL

7-25-07
DATE

FOREMAN OF THE GRAND JURY

*[signature: Brett Gordon for]*
ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this 25th day of July, 2007.

*[signature: J. Thomas Marten]*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE